**Ahmed Ali Nasser SALEM, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–75991.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 9, 2006.

---

Dominic E. Capeci, Esq., Law Offices of Kaiser & Capeci, San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Mark L. Gross, Esq., Gregory B. Friel, DOJ–U.S. Department of Justice Civil Rights Division/Appellate Section, Washington, DC, for Respondent.

Before: LEAVY, GOULD, and CLIFTON, Circuit Judges.

MEMORANDUM **

Ahmed Ali Nasser Salem, a native and citizen of Yemen, petitions for review of the Board of Immigration Appeals' ("BIA") decision dismissing his appeal from an immigration judge's decision denying his motion to reopen. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Salta v. INS,* 314 F.3d 1076, 1078 (9th Cir.2002), and we deny the petition for review.

The BIA did not abuse its discretion by denying Salem's motion because Salem failed to provide evidence, such as affidavits, to support the factual assertions in his motion. *See* 8 C.F.R. § 1003.23(b)(3) (a motion to reopen "shall be supported by affidavits and other evidentiary material"); *cf. Salta,* 314 F.3d at 1079.

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.